COM.

v.

**MELO, A.**

**1617 MDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–67–CR–0005500–2009 (York)

Affirmed

COM.

v.

**HILL, J.**

**184 WDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–02–CR–0009750–2013 (Allegheny)

Vacated/Remanded

COM.

v.

**PAYNE, R.**

**1132 WDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–02–CR–0007237–2004 (Allegheny)

Affirmed

COM.

v.

**WISE, B.**

**1735 WDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–02–CR–0000434–2016, CP–02–CR–0011027–2015, CP–02–CR–0014410–2015, CP–02–CR–0014411–2015, CP–02–CR–0015213–2015 (Allegheny)

Affirmed

COM.

v.

**LORD, J.**

**1866 WDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–25–CR–0001726–2016 (Erie)

Affirmed—Application to Withdraw as Counsel Granted